BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-5557
Facsimile: (213) 894-7819
E-mail: Alexander.Farrell@usdoj.gov

Attorneys for Cross-Defendant
The United States Postal Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BLACKWELL,<br><br>Plaintiff,<br><br>v.<br><br>3751 WESIX QOZ, LP, 3751 WESIX QOZ, LLC, AND DOES 1-100,<br><br>Defendants.<br><br>3751 WESIX QOZ, LP AND 3751 WESIX QOZ, LLC,<br><br>Cross-Complainants,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE AND ROES 2-50 INCLUSIVE,<br><br>Cross-Defendants. | No. CV 25-03759<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. § 1442(a)] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE PARTIES, BY AND THROUGH THE PARTIES' COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Cross-Defendant the United States Postal Service (the "USPS" or "Cross-Defendant") hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On June 9, 2023, Yolanda Blackwell ("Plaintiff") filed a civil action against entities 3751 Wesix QOZ, LP and 3751 Wesix QOZ, LLC (the "Wesix Entities" or "Cross-Complainants") in the Superior Court of the State of California for the County of Los Angeles ("State Court"), titled as *Yolanda Blackwell v. 3751 Wesix QOZ, LP, et al.*, as case number 23STCV13237. A copy of the Complaint is attached as Exhibit 1.

2. The Complaint alleges that on June 18, 2021, plaintiff slipped and fell on floor tile while she was employed as a postal carrier at a USPS Post Office in Los Angeles, California. Ex. 1 ¶¶ 8, 10-11. Plaintiff alleges the Post Office at issue was located within a leased building owned by the Wesix Entities. *Id.* Plaintiff alleges that based on the terms of the lease agreement with the USPS, the Wesix Entities owed a duty of care as the owner of the building to inspect and maintain safe conditions on the property. *Id.* ¶¶ 12-14. Plaintiff asserts a single claim for negligence based on a premises liability theory. *See* Compl. at 1.

3. On September 6, 2023, the Wesix Entities filed a Cross-Complaint against unnamed "Roes 1-50" in the same State Court lawsuit. A copy of the Cross-Complaint is attached as Exhibit 2. A copy of the Amendment to the Cross-Complaint naming the USPS is attached as Exhibit 3. A copy of the proof of service of the Cross-Complaint onto the USPS is attached as Exhibit 4. A copy of the State Court summons issued for the Complaint and the Cross-Complaint are attached as Exhibit 5. All other relevant pleadings filed in the State Court Action are attached as Exhibits 6-9.

4. The Cross-Complaint alleges three claims for indemnification, apportionment of fault, and for declaratory relief. Ex. 2 at 1. The Wesix Entities allege

that they were unaware of the true names and identities of the "Roe" defendants. Ex. 2 ¶ 3.

5. On October 10, 2024, the Wesix Entities filed an Amendment to the Cross-Complaint, inserting the USPS as "Cross-Defendant Roe 1." *See* Ex. 3. On March 31, 2025, the USPS was served with the summons and the Cross-Complaint. *See* Ex. 4.

6. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof …" to the district court embracing the place where the action is pending. The USPS is an independent federal agency and is entitled to, among other things, the federal defenses of sovereign immunity, defenses relating to the Contract Disputes Act ("CDA"), the exhaustion of administrative claim requirements under the CDA, as well as the derivative jurisdiction doctrine. 41 U.S.C. §§ 7101-09; 41 U.S.C. §§ 601, *et. seq.*; 28 U.S.C. § 1442(a)(1).

7. Promptly after filing this notice, the USPS shall give written notice of this removal to the adverse parties and to the Clerk of the State Court. *See* 28 U.S.C. § 1446(d).

8. This Court is the proper district, and the Western division is the proper division, to hear this case because Plaintiff brought this action in the Superior Court of the State of California for the County of Los Angeles. *See* 28 U.S.C. § 1442(a).

9. Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, the United States Postal Service removes this action now pending in the Superior Court of the State of California for the County of Los Angeles, case number 23STCV13237, to the United States District Court for the Central District of California.

Dated: April 29, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Alexander L. Farrell*
ALEXANDER L. FARRELL
Assistant United States Attorney

Attorneys for Cross-Defendant
The United States Postal Service